**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FAYEZ ELIAS and EDGEWOOD PARTNERS INSURANCE CENTER, INC. d/b/a EPIC INSURANCE BROKERS & CONSULTANTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>USI INSURANCE SERVICES, LLC,<br><br>*Defendant*. | No. 2:25-cv-06492-GAW |

**ORDER**

**AND NOW**, this 28th day of August, 2026, upon consideration of Plaintiffs' Motion to Remand (Dkt. 7), the parties' supplemental memoranda (Dkts. 27 & 28), and following discovery and a hearing, it is hereby **ORDERED** that the Motion to Remand is **GRANTED** and this case is **REMANDED** to the Court of Common Pleas of Montgomery County, Pennsylvania, pursuant to 28 U.S.C. § 1447(c).

The Clerk of Court is directed to mark this matter as **CLOSED**.

BY THE COURT:

GAIL A. WEILHEIMER, J.